```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :   ORDER
       -against-                                              :
                                                              :   16 Cr. 80 (AKH)
ELTON RAMIREZ,                                                :
                                                              :
                               Defendant.                     :
                                                              :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant's motion for early termination of supervised release, ECF No. 35, is denied. I sentenced defendant to a three-year, not a two-year term of supervised release. Absent agreement by the U.S. Probation Office that a shorter term satisfies the goal of sentencing, defendant's term of supervised release will not be shortened.

      SO ORDERED.

Dated:    August 31, 2020              /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                             United States District Judge